AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

            SEP 06 2024

        CLERK US DISTRICT ___
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America ) | |
| v.                       ) | Case No.   2:24-mj-00762-MDC |
|                          ) | |
| CORDELL COOPER           ) | Charging District:   Southern District of Indiana |
| *Defendant*              ) | Charging District's Case No.   1:24-cr-00057 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>46 East Ohio Street<br>Indianapolis, IN 46204 | |
|---|---|
| | Courtroom No.: TBD |
| | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   September 6, 2024

_____
*Judge's signature*

MAXIMILIANO D COUVILLIER, III, US Magistrate Judge
*Printed name and title*